# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-60650
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 18, 2020

Lyle W. Cayce
Clerk

S.O., individually and on behalf of her minor son, B.O.,

> Plaintiff - Appellant

v.

HINDS COUNTY SCHOOL DISTRICT; PRINCIPAL BEN LUNDY, in his individual and official capacities; ASSISTANT PRINCIPAL TOMMY BRUMFIELD, in his individual and official capacities; ASSISTANT PRINCIPAL MICHELLE RAY, in her individual and official capacities,

> Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:17-CV-383

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

The panel acknowledges counsel's apology expressed in the petition for panel rehearing. The petition for panel rehearing is denied. The opinion filed

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-60650

on February 7, 2020, is hereby withdrawn.  The judgment of the district court is affirmed.  *See* 5th Cir. R. 47.6.